IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION
C/A NO. 4:10-cv-01420-TLW-TER

Eric Kelley,                          )
                                      )
        Plaintiff,                    )
                                      )            COPY
v.                                    )
                                      )
United Parcel Service, Inc.,          )
                                      )
        Defendant.                    )
_____ )

DEPOSITION OF

# ERIC KELLEY
********
**DAY ONE**
**Friday, July 8, 2011**
2:50 p.m. - 4:07 p.m.

**DAY TWO**
**Monday July 11, 2011**
9:20 a.m. - 11:15 a.m.
and
4:43 p.m. - 6:33 p.m.

The deposition of Eric Kelley, taken on behalf of the Defendant, on the 8th day of July, 2011, at the offices of Creel Court Reporting, 1230 Richland Street, Columbia, South Carolina; and on the 11th day of July, 2011, at the law offices of Turner Padget, 319 S. Irby Street, Florence, South Carolina, before Christine A. Cortright, Court Reporter and Notary Public in and for the State of South Carolina pursuant to Notice of Deposition and/or agreement of counsel.



**ERIC KELLEY**        33

1  A:  It was a layoff.  Yes.

2  Q:  So it was a layoff?  Okay.  But as far as you

3      understand, you weren't fired for cause?

4  A:  From Galey and Lord?

5  Q:  Correct.

6  A:  No.

7  Q:  And it states here that you began your

8      employment with UPS July 31, 1996, correct?

9  A:  Correct.

10 Q:  And you remained employed until your discharge

11     on January 3, 2009?

12 A:  Correct.

13 Q:  And at the time that you worked for UPS, there

14     was some period of time where you were also

15     working at Galey and Lord, correct?

16 A:  Correct.

17 Q:  Okay.  After you left Galey and Lord due to the

18     layoff and during the time that you were

19     employed by UPS, did you have a second job?

20 A:  Other than UPS and Galey and Lord?

21 Q:  Well, let's talk about once you left Galey and

22     Lord, from 2004 to 2009, you were only working

23     at UPS?

24 A:  Right.

25 Q:  As far as this sheet says?

ERIC KELLEY                                    70

1    would have some of us come in early and some of

2    us come in later.  It was staggered.

3  Q:  All right.   And how long were you a local

4    sorter?

5  A:  The whole time.  I always worked on the local

6    sort.

7  Q:  You became a vehicle shifter at some point,

8    correct?

9  A:  Correct.

10  Q:  Was that in 2008?

11  A:  I'm not sure, but I believe so.

12  Q:  All right.   And I think there was some

13    testimony on Friday about a discharge that

14    occurred in 2001 dealing with issues of

15    insubordination; do you recall that?

16  A:  Yes.

17  Q:  Tell me what happened.

18  A:  Well, what happened that day was I completed my

19    work and I can't remember who the supervisor,

20    part-time supervisor was at that time.  And I

21    know I had mentioned earlier to that part-time

22    supervisor that I had to, after I finished my

23    work, I needed to go, to leave.

24  Q:  And why did you need to leave?

25  A:  Well, I had some personal issues at home.

ERIC KELLEY                                    76

1   Q:   Do you know why?

2   A:   Because, you know, I was proven no wrongdoing.

3   Q:   Okay.  Was there any instruction given by the

4       panel  or  anyone  else  with  respect  to

5       instructions from managers or supervisors?

6   A:   Any instructions to --

7   **MR. BABB:**  Object to the form of the question, but

8       you can answer.

9   Q:   Do  you  recall  whether  the  panel  had  any

10      instruction for you with respect to directions

11      from managers or supervisors going forward?

12   A:   No.

13   Q:   All right.  And I think you testified that you

14      believe at some point in 2008 you became a

15      vehicle shifter, is that correct?

16   A:   Correct.

17   Q:   What are the duties of a vehicle shifter for

18      the record?

19   A:   Shifters are -- is where you pull trailers off

20      the dock and put trailers on the dock.

21   Q:   Trailers for the feeder drivers?

22   A:   For the --

23   Q:   Tractor trailers that UPS --

24   A:   Right, for the building, for the center.

25   Q:   And what do you use to move those trailers?

ERIC KELLEY                                    80

1   **MR. BABB:** Object to the form.

2   Q:  Okay. I'll ask it this way. You testified a

3       moment ago that you had previously applied for

4       an air driver position or bid on an air driver

5       position, correct?

6   A:  I have before, right. I mean, I became an air

7       driver.

8   Q:  When did you first apply for an air driver?

9   A:  The first time that I can remember is back in

10      2002.

11  Q:  Okay.

12  A:  When I had taken a road test.

13  Q:  Now, when did you actually become an air

14      driver; do you recall what year?

15  A:  No, I don't.

16  Q:  Was it after you became a shifter or at the

17      same time?

18  A:  No, it was before that.

19  Q:  It was before that?

20  A:  Right.

21  Q:  So, again, I believe you think you became a

22      shifter sometime in 2008. Do you recall how

23      long before you became a shifter you were doing

24      air driving?

25  A:  I don't. I can't say.

| ERIC KELLEY | 81 |
|---|---|

1  Q:  So prior to becoming a shifter, you were doing

2      local sort and some air driving, is that

3      correct?

4  A:  That's correct.

5  Q:  Okay. But you don't remember what year you

6      started doing that?

7  A:  Right.

8  Q:  Tell me what's involved in becoming an air

9      driver, once you bid on that position.

10 A:  You know, I'm thinking back here now and I know

11     I became an air driver, but I don't remember

12     going -- I don't remember going to the school

13     as if I was becoming a full-time driver because

14     I was an air driver before I actually went to

15     school for a full-time position.

16 Q:  And I think there was some testimony about you

17     applying for a full-time package car driver

18     position as early as 2005?

19 A:  Right.

20 Q:  And so you believe that you were air driving

21     before that?

22 A:  No, I wasn't because I was still working at

23     Galey and Lord, so I became an air driver

24     sometime -- sometime after I --

25 Q:  Okay. And Exhibit Two, just for your benefit,

ERIC KELLEY                                82

1    indicates that you left Galey and Lord in April

2    of 2004.  So it was some point after that that

3    you became an air driver?

4  A:  That's right.

5  Q:  But you don't remember how long after?

6  A:  No, I don't.

7  Q:  Okay.  And at the time that you were sharing

8     duties as a local sorter and an air driver,

9     tell me what your air driving responsibilities

10    were.

11  A:  My air driving responsibility was to come in on

12     Saturdays and deliver Saturday next day air

13     packages.

14  Q:  So the only time you got behind a wheel during

15     the time, and I'm talking now just about the

16     time that you were a local sorter and doing

17     some air driving, the only time you got behind

18     a wheel was on Saturdays?

19  A:  That's correct.

20  Q:  And tell me --

21  A:  Well, we ran, you know, at the -- we have an

22     air trailer doing a local sort and sometimes

23     the air trailer has to leave before all the

24     next day air packages is on it, and so they

25     were running what they call a shuttle.  And

ERIC KELLEY                                83

1        then they asked me if, you know, take me off of

2        my local sort job and asked me to run the

3        shuttle to Columbia at night and I did that

4        sometimes.

5    Q:  Okay. In a given month during this time, how

6        often would you say you made that shuttle run?

7    A:  It wouldn't happen very often.

8    Q:  Two or three times?

9    A:  I would say maybe once or twice.

10   Q:  Once or twice a month?

11   A:  Right. Now, during the -- during what we call

12       the peak season, you know, it happens quite a

13       bit.

14   Q:  And peak season, for the record, is

15       approximately November to January?

16   A:  That's right.

17   Q:  When, because of volume, it's just an

18       incredible, many more packages coming down?

19   A:  Right.

20   Q:  And so your duties, I think you said, the air

21       driving duties that you performed was

22       exclusively on Saturdays?

23   A:  Right, and holidays, if there was a holiday.

24   Q:  And at those times when you were asked to do

25       something, it was to run the shuttle from

ERIC KELLEY                    84

1              Florence to Columbia?

2    A:   Right, that would be on Saturday.

3    Q:   Right.  And sort of approximately what time of

4         day would you leave Florence if you were making

5         that shuttle run?

6    A:   I would leave after the Myrtle Beach driver got

7         there and then after he gets there, we go to

8         the UPS Store, and that would be approximately

9         around 4:00 p.m.

10   Q:   Okay.  So this was the same run that you were

11        asked to do on the day of your discharge,

12        correct?

13   A:   The shuttle run?

14   Q:   Yes.

15   A:   Right.

16   Q:   It's the same run from waiting for the Myrtle

17        Beach driver, going by the UPS Store, and then

18        driving to Columbia?

19   A:   Exactly.

20   Q:   So if you leave Florence about 4:00 p.m.,

21        generally when would you get back on those days

22        when you did this run?

23   A:   Somewhere around 8:00, maybe a little after.

24   Q:   Okay.  And I'm guessing by the time you got

25        back to the center on those days, the center

ERIC KELLEY                                    86

1       during Saturday.  If I ran air during the week,

2       it will be where like on Mondays, the 22.3 guys

3       didn't work, then they would ask me if I wanted

4       to come in and run air.

5   Q:  You were normally off on that day?

6   A:  No, I worked during the evening and that would

7       be during the morning that they would call me.

8   Q:  Okay.  And what would running that air consist

9       of?

10  A:  That would be consist of -- it wouldn't be

11      consist of taking a shuttle.  It would be

12      consist of our running, delivering air packages

13      in the area.

14  Q:  And how often would you say you did that?

15  A:  About the only time I got to do it is when the

16      22.3 guys was off on Mondays, but, you know, it

17      wouldn't be every Monday.  I didn't do it very

18      often.

19  Q:  Would you say once a month, twice a month?

20  A:  I did it for a short period of time.  I didn't

21      -- didn't do it that often, you know.

22  Q:  And are there other employees in the Florence

23      center who would make that run from Florence to

24      Columbia, the air run on Saturdays and

25      holidays?

ERIC KELLEY                                    87

1    A:    Yes, the 22.3 guys.  That's their job.

2    **MR. BABB:**    Chuck, are you referring to the shuttle

3          run?

4    **MR. GARTLAND:**    Yes, that's the one I'm referring to.

5    Q:    And who are the 22.3 -- at the time of your

6          discharge, who were the 22.3 drivers in the

7          Florence center?

8    A:    Jamie McDonald is one of them, a guy named

9          Martin Smith, and Perry Price.

10   Q:    And it's your testimony that sometimes these

11         22.3 drivers would be the one to make the

12         shuttle run?

13   A:    No, it was their job to make it and if they

14         didn't want to, then they would ask me if I

15         wanted to.

16   Q:    So it's your testimony that these 22.3 drivers

17         were offered the shuttle run each time?

18   A:    Yeah, it's their job, right.  There was some

19         time where I wanted to run it, but I would get

20         bumped because one of them by having a full-

21         time position would have seniority over me.

22   Q:    Did they do any driving other than the shuttle

23         run to Columbia?

24   A:    Right.

25   Q:    Okay.  What other types of driving did they do?

| ERIC KELLEY | 88 |
|---|---|

1   A:   I mean, they are the delivery guys also.

2   Q:   So they deliver air?

3   A:   Right.  Well, they deliver, they can deliver
4        air and ground packages.

5   Q:   Just depending on the volume or what the needs
6        of the center are?

7   A:   I guess.

8   Q:   And prior to January 3, 2009, the date on which
9        you were discharged, did you ever decline --
10       were you ever asked to take the shuttle run and
11       you said no thank you?

12  A:   Yes.

13  Q:   Tell me about that.

14  A:   There was times that they would ask me to take
15       it and I would tell them, you know, I had
16       something to do that day, but this will be
17       after the 22.3 guys, you know, say that they
18       didn't want to take it.

19  Q:   And if you said no, what did they do?

20  A:   Nothing.  They would just say okay.

21  Q:   I'm sorry, how would they make -- how would
22       they get the next day air to Columbia?

23  A:   Oh, they would -- they would go back to the
24       22.3 guys and say, okay, one of you guys got to
25       take it.

**ERIC KELLEY**                                                    89

1   Q:   So they wouldn't go to a part-time employee

2        with less seniority than you?

3   A:   I mean, they could.  They could, but, you know,

4        there again, if that part-timer refused it,

5        then they would go back to the 22.3 guys.

6   Q:   Now, do you know under the collective

7        bargaining agreement -- well, never mind,

8        strike that.  All right.  Let's talk about the

9        day on which you were discharged.  Normal

10       Saturday?

11  A:   Correct.

12  Q:   And you reported to work as a shifter?

13  A:   No, no, air driver.

14  Q:   This was a Saturday, so you were doing

15       exclusively air driving?

16  A:   Right.

17  **MR. BABB:**  Chuck, I want to interrupt you.  You're

18       getting into the termination?

19  **MR. GARTLAND:**  I am.

20  **MR. BABB:**  If you don't mind, let's take a very

21       quick break.

22  **MR. GARTLAND:**  That's fine.

23                     **(Off the Record)**

24  Q:   Mr. Kelley, are you ready?

25  A:   Yes sir.

**ERIC KELLEY**                                                90

1    Q:    All right.  So, just so I can understand.  I

2          want to understand sort of the scheduling and

3          how it worked.  How would you know to come in?

4          Did you come in every Saturday to do air

5          driving?

6    A:    I mean, the majority of the times, yes.  Ninety

7          percent of the time, yes, I was there.  I

8          didn't hardly miss any, any days at all.

9    Q:    And was it part of your regular schedule to be

10         there on Saturday?

11   A:    Yes.

12   Q:    And when you came in on Saturdays, what time

13         would you start?

14   A:    I would be one of the first there.

15   Q:    At what time?

16   A:    I would say around 8:00, a little after 8:00.

17   Q:    8:00 a.m.?

18   A:    Right.  And because, actually -- I mean, I

19         would get there because the 22.3 guys, it was,

20         I would get there and try to go ahead and

21         unload the air trailer that comes in.  You

22         know, the 22.3 guys were getting there kind of

23         late and the trailer would be sitting there for

24         anywhere from 30 to 45 minutes, so, you know,

25         I asked could I go ahead and come in to go

**ERIC KELLEY**                                              91

1    ahead and get the air packages out so we could

2    get a early start and wouldn't have to worry

3    about packages being delivered late.

4  Q:  All right.  So you say on most days you started

5    around 8:00 a.m.?

6  A:  Correct.

7  Q:  And what did you do -- other than air driving,

8    what did you do on those days?

9  A:  I would unload the, what we call the air bubble

10    to the air trailer so we could get those

11    packages down the belt and sorted.

12  Q:  Anything else?

13  A:  And then after that I, you know, delivered.

14  Q:  Did you have a regular route?

15  A:  Yes.

16  Q:  Just generally, where was that route where you

17    were delivering air?

18  A:  I had at least, I don't know what my area is

19    called, but I know Darlington, Hartsville,

20    McBee, Bethune, Patrick and maybe two more, but

21    I can't really think of the names of the towns

22    right now.

23  Q:  Okay.  And when you finished up with your route

24    and got back to the center, what would you

25    typically do?

ERIC KELLEY                                92

1   A:   I would check the -- I would do a security

2        check on the premises making sure that the

3        doors on the tractor trailers that have

4        packages on it was secure.

5   Q:   Because they are going to be there on Sunday?

6   A:   Exactly.

7   Q:   Unattended?

8   A:   Right.

9   Q:   Anything else you would do before you typically

10       did the shuttle run?

11  A:   That's it.  If I'm going to do the shuttle run,

12       then that's when I would do the security check.

13       And sometimes I would be asked to do the

14       security check even though I'm not going to do

15       the shuttle run.  But I had the option to

16       either --

17  Q:   And typically, if it's a day when you don't do

18       the shuttle run, you punch out and go home at

19       that point?

20  A:   Correct.

21  Q:   So at some point did you understand on

22       Saturday, January 3, 2009, that you were going

23       to do the shuttle run that afternoon?

24  A:   No.  I didn't find out until after I got back,

25       after I completed my run.

```
                    ERIC KELLEY                      93
```

1    Q:    Was that typical?

2    A:    No.  No.

3    Q:    Usually you knew in advance?

4    A:    Right.  I would --

5    Q:    How far in advance would you know?

6    A:    Normally, I would get a text message through my

7          DIAD board.

8    Q:    But on this particular day you were told when

9          you returned to the center?

10   A:    Correct.

11   Q:    By Tanisha Sam, is that correct?

12   A:    Well, I was shown text messages.

13   Q:    But Tanisha was the supervisor you spoke with

14         first?

15   A:    Right, right.

16   Q:    And for the record, what was Tanisha's position

17         at the time?  She was a part-time supervisor?

18   A:    Yes, as far as I know.  I know she was there

19         that day over the air drivers and she normally

20         be's the one, but whether she actually -- I

21         don't know whether she is a supervisor or not.

22   Q:    That's fair.  But you have worked with her in

23         the past?

24   A:    Oh, yes.

25   Q:    So tell me about the conversation where Ms. Sam

4:10-cv-01420-RBH    Date Filed 12/23/11    Entry Number 57-1    Page 18 of 40

1    told you you'd be doing the shuttle run.

2  A:   Okay.   When I got back to the center after I

3       completed my regular route, I was shown a

4       message by her that Brad had sent her about

5       whoever was doing the shuttle, that the person

6       had to wait on the outside of the building

7       while it is locked because, you know, she

8       couldn't get any overtime.

9  Q:   So she had already worked eight hours that day?

10 A:   Well, she was just -- it was just about that

11      time.

12 Q:   So, almost 4:00 p.m.?  I'm sorry.  Do you know

13      when she started work that day?

14 A:   Around the time I did, which was, you know,

15      somewhere around 8:00 or a little after.

16 Q:   Okay.  So eight hours from 8:00 a.m. would be

17      approximately 4:00 p.m.?

18 A:   Correct.

19 Q:   Do you recall what time it was that you had

20      this first conversation with Ms. Sam?

21 A:   That was shortly after I got back off of my

22      regular run.

23 Q:   So somewhere at 3:30 or 4:00?  What do you

24      think?  Best guess.

25 A:   Best guess would be around 2:30.

**ERIC KELLEY**                                    95

1    Q:    2:30?

2    A:    Right.

3    Q:    Okay.    And she showed you some text messages,

4          you said?

5    A:    Yes.

6    Q:    From Brad Hanser?

7    A:    Right.

8    Q:    And I presume she also spoke with you?

9    A:    Right.

10   Q:    She didn't just hold up her phone and show you

11         text messages?

12   A:    I mean, she let me read it.

13   Q:    Right.

14   A:    She did do that.

15   Q:    But she also talked with you about it?

16   A:    Right.

17   Q:    Okay.    And to the best of your recollection,

18         what did she say?

19   A:    She was explaining to me what Brad had said

20         about whoever's taking the shuttle had to wait

21         on the outside while waiting on the Myrtle

22         Beach driver.

23   Q:    Did she tell you that she expected you to make

24         the shuttle run?

25   A:    No.    Before she could get that out, after I

ERIC KELLEY                              96

1    read it, you know, I went back to the prior

2    time that this came up.  I told her that, you

3    know, that we had this discussion before and

4    that, you know, they saw where -- the danger in

5    it and they let -- and they let her stay.

6    Q:   Who is they?

7    A:   I want to say management.  I can't remember who

8         it was at that time.

9    Q:   So it's your testimony that you had previously,

10        on some prior occasion, talked with Ms. Sam

11        about a safety issue at the center?

12   A:   Correct.

13   Q:   Okay.  When was that, do you remember?

14   A:   I can't remember.  I know maybe, my best guess,

15        a couple months before that.

16   Q:   Okay.  I want to talk about that time a couple

17        of months before.

18   A:   Okay.

19   Q:   Was that the only time before that you had

20        discussed this issue with Ms. Sam?

21   A:   Right.  Because that was the only time.  That

22        was the first time that it was brought up.

23   Q:   What was brought up?

24   A:   About her leaving and locking the driver out of

25        the building.

ERIC KELLEY                                    97

1    Q:   Okay.   So the discharge took place January 3,
2         2009.   So you think this previous discussion
3         occurred sometime in the fall or winter of
4         2008?  I guess, November or October, somewhere
5         in that time frame?
6    A:   I'm not really sure, but I know it wasn't, you
7         know, that far back.
8    Q:   Okay.   And tell me on that occasion what
9         happened?
10   A:   Just like I said, they understood my complaint
11        and then, you know, they decided that it was
12        unsafe for a driver to be locked out of the
13        building, having to wait on the Myrtle Beach
14        driver and they let her stay.  She didn't --
15        she got the overtime.
16   Q:   So on that occasion you were the one told to do
17        the shuttle run, correct?
18   A:   Right.
19   Q:   And it's your testimony that you expressed a
20        concern and -- I'm sorry, strike that.  We're
21        talking about that occurrence before, a few
22        months before January 3, 2009, okay?
23   A:   Okay.
24   Q:   So on that particular day Tanisha was going to
25        lock the building and leave?

ERIC KELLEY                                    98

1    A:   Right.   That's what they wanted her to do.

2    Q:   And you asked them not to do that?

3    A:   Right.   I raised a safety concern.

4    Q:   What exactly did you say?

5    A:   You know, I said that, you know, being locked

6         out of the building, I didn't have any access

7         to the facility and when the Myrtle Beach

8         driver comes, they will sometimes bring like an

9         international package or high value package and

10        a supervisor has to be there in order to sign

11        those things off.

12   Q:   That doesn't sound like a safety issue to me.

13        That sounds just like --

14   A:   Oh, and I brought up that, you know.  I brought

15        up the being out there exposed to, you know, no

16        access to a phone, what if something happens to

17        me.

18   Q:   This was in the discussion in the fall of 2008?

19   A:   Right.  Both times.

20   Q:   And Ms. Sam.  How did she respond?  And I just

21        want to talk about fall 2008 right now.

22   A:   Okay.    You know, she understood and she

23        contacted whoever the management person that

24        was at the time.

25   Q:   Was that Bran Hanser?

ERIC KELLEY                                    99

1    A:   I don't believe so.  I'm not sure, but I don't

2         believe it was him.

3    Q:   Do you know if she contacted the business

4         manager?

5    A:   I really don't know.  I -- only thing I know,

6         that she stayed.

7    Q:   But it's your understanding that she contacted

8         someone above her in management at that time?

9    A:   Right.

10   Q:   But you don't know who that person is?

11   A:   Right.  And as a matter of fact, after that,

12        they installed a peephole for her to be able to

13        walk out of there -- or peep out before she

14        walk out to see if there was any danger.

15   Q:   Well, we'll get to that in a second.

16   A:   Okay.

17   Q:   But first I want to finish talking about this

18        fall 2008 time.

19   A:   Okay.

20   Q:   So how did Ms. Sam communicate to you that she

21        was going to stick around?

22   A:   I mean, she just -- I can't remember the exact

23        words, but I do know she stayed and I wasn't

24        locked out of the building.

25   Q:   And do you know whether she went over eight

ERIC KELLEY                                    100

1          hours that day?

2    A:    Yes.

3    Q:    How do you know that?

4    A:    Because of me having to stay there until the

5          Myrtle Beach driver got there and me having to

6          go to the UPS store.  Because after, you know,

7          we leave, she have to do her paperwork or

8          whatever that is.

9    Q:    Do you recall when you left the Florence center

10         on that day?

11   A:    No, I don't.

12   Q:    Do you recall when the Myrtle Beach driver got

13         there that day?

14   A:    Not that day.  But going back to -- you asked

15         me earlier about what time she would get there.

16         She would actually get there before I do.   I

17         think she was -- she have to open up the

18         building and set up the belt, so she would get

19         there around 30 minutes before.

20   Q:    Okay.  And you believe -- what did she have to

21         do after -- you mentioned that after the time

22         that you left Florence to make the shuttle run

23         that Ms. Sam had other duties back at the

24         center?

25   A:    Right.  She would still be there, even after,

ERIC KELLEY                                    101

1          yeah.  After the driver leaves, she would still

2          be there.

3    Q:   And what's your understanding of what Ms. Sam

4          is doing at that time?

5    A:   Closing up.  I don't know exactly what she has

6          to do afterwards, but I do know she stays there

7          after we leave.  After I left, she was there,

8          still there.  The majority of times anyway.

9    Q:   Okay.  And so you mentioned that sometime after

10         this  fall 2008 incident there was a peephole

11         installed in the door at the center?

12   A:   Correct.

13   Q:   On just the one front door?

14   A:   I don't know how many, but I do know that door

15         that drivers enter and exit from there's a

16         peephole.  Yeah, I think there was a time where

17         me and her, we talked about safety and I

18         brought up, you know, when people come up there

19         when she's there by herself and ring that

20         buzzer, you know, how do you know who's on the

21         other side of that door.  You know, in order

22         for her to know, she got to open the door to

23         see who it is.

24   Q:   That was before the peephole was installed?

25   A:   Correct.

ERIC KELLEY                              102

1    Q:   So did you have any role in the installation of

2         the peephole?

3    A:   No.  I didn't talk to anybody.  Me and her had

4         discussed safety issues but not -- no upper

5         management or anything like that.  I didn't

6         talk to anybody.

7    Q:   Do you know who made the decision to have the

8         peephole installed?

9    A:   No, I don't.

10   Q:   Okay.  So you don't know why that whoever it

11        was decided to have the peephole installed?

12   A:   I would assume, you know, it was for a safety

13        issue.

14   Q:   But that's an assumption, right?

15   A:   For me, yes.  I mean, we had talked about it,

16        so.

17   Q:   Well, what I'm trying to get at is no one said,

18        Brad Hanser or a business manager, no one came

19        to you and said, "Mr. Kelley, I decided to have

20        a peephole installed to address the safety

21        concern."

22   A:   No, not to me.

23   Q:   As far as you know, was that statement or

24        something like it made to anyone else?

25   A:   No, I don't know that.

ERIC KELLEY                                        103

1   Q:   So your statement that the peephole was

2        installed for safety reasons, that's an

3        assumption on your part, correct?

4   A:   Right.  That's --

5   Q:   All right.  Let's talk about the January 3,

6        2009 date.

7   A:   Okay.

8   Q:   At that time you said there was a discussion

9        with Ms. Sam where you referenced the prior

10       fall 2008 event, correct?  That when Ms. Sam

11       and you were talking about you staying at the

12       center after it was locked, you indicated that

13       you had discussed this with her before?

14  A:   Correct.

15  Q:   Okay.  So take me back to that discussion.

16       Tell me what, as best you can recall, exactly

17       you said to her.

18  A:   As best as I can recall, you know, once I saw

19       that message and I brought to her attention

20       that, you know, that they had brought this up

21       before and I mentioned that it was, I felt,

22       unsafe and uncomfortable being locked out of

23       the building.

24  Q:   Okay.  Did you explain why it was that you felt

25       unsafe or uncomfortable?

**ERIC KELLEY**                                                  104

1   A:   Right.

2   Q:   Tell me what you said.

3   A:   I said that I didn't have access to the

4        facility; you know, what if I got sick; and at

5        that time my cell phone was not working, I had

6        no way of getting in contact with anybody.

7   Q:   Now, why wasn't your cell phone working at that

8        time?

9   A:   It just wasn't working.  I couldn't figure it

10       out, what was wrong with it.

11   Q:   Was it working before that day?

12   A:   Off and on.  I was having problems with it.  As

13       a matter of fact, I remember telling her

14       earlier that day that if she needed to contact

15       me, to contact me through my DIAD board because

16       I had no -- my cell phone wasn't working.

17   Q:   Was it out of power?

18   A:   No.  No, I don't think it was the power.  It

19       was just the -- I don't know whether I got it

20       wet or what was going wrong with it, but I do

21       know it wasn't working.

22   Q:   At some point did you replace that cell phone

23       or --

24   A:   I did.

25   Q:   Did you ever find out what was wrong with it?

**ERIC KELLEY**                                     105

1   A:   No.

2   Q:   How long after January 3, 2009 did you replace

3        it?

4   A:   I don't know.

5   Q:   Did you tell Ms. Sam in the discussion about

6        staying at the building outside of the

7        building, did you tell her at that specific

8        time that your cell phone wasn't working?

9   A:   Right.  I explained to her about my cell phone

10       earlier that day.

11  Q:   Earlier that day, but I'm asking whether you

12       explained it at the time.

13  A:   At that time?  I can't remember, but I do --

14  Q:   I'm sorry, go ahead.

15  A:   I do remember when I was talking to Brad I told

16       him about my cell phone.

17  Q:   Did you check your cell phone to see if it was

18       working?

19  A:   Right.  But I don't know whether I, once I

20       found out it wasn't working, I don't know

21       whether I had it -- I don't think I had it on

22       me that day at that time because I knew it

23       wasn't working and that's the reason why I told

24       her about it when I got there that morning.

25  Q:   So you didn't have it with you?

ERIC KELLEY                                    106

1   A:   Right.  I don't think I had it on me.

2   Q:   And when you had this discussion with Ms. Sam,

3        had she indicated that the Myrtle Beach driver

4        was on his way to the Florence center?

5   A:   No.

6   Q:   All right.  So after you expressed this concern

7        to Ms. Sam, what happened next?

8   A:   I think she contacted Brad.

9   Q:   Did you have any understanding at that time as

10       to what other employees were at the center?

11  A:   Say that again.

12  Q:   Was it just you and Tanisha at the center at

13       that point?

14  A:   Oh, no.

15  Q:   Who else was there?  Any other air drivers?

16  A:   Yes.  There was Daniel Isgett.

17  Q:   Is Mr. Isgett an air driver or full-time

18       baggage car driver?

19  A:   He's an air driver.

20  Q:   Okay.  And who else?

21  A:   And there was, I think Ms. Mary may have came

22       up later after the discussion, but I do know

23       she worked that day.

24  Q:   And had those folks just come back from running

25       their routes?

|  | ERIC KELLEY | 107 |
|---|---|---|

1  A:  They were back before I was.  And the 22.3 guy
2      was Jamie McDonald, he was there.
3  Q:  Any other 22.3 guys there at the time of the
4      discussion with Tanisha?
5  A:  No.  I mean, I don't know.  Jamie wasn't
6      actually there, but I do know he was still out
7      running a route.
8  Q:  All right.  And now I'm just trying to find out
9      who was physically at the center at the time
10     you talked with Tanisha.
11 A:  Okay.  That was, when I got back, it was
12     Isgett, he was there, and then Mary, I think
13     she came up a little later --
14 Q:  All right.
15 A:  -- before it was over.
16 Q:  At that point you indicated that Ms. Sam
17     contacted Brad Hanser?
18 A:  Right.
19 Q:  And were you standing next to her when she made
20     the call?
21 A:  No.
22 Q:  Where were you at the time?
23 A:  I was doing the security check to the trailers.
24 Q:  And then what happened next?
25 A:  And as I was out there doing the security

ERIC KELLEY                                    108

1       check, she came and got me and said that Brad

2       wanted to talk with me.

3   Q:  All right.  And so you went into the office?

4   A:  I did, and she completed the security check.

5   Q:  Were you in Ms. Sam's office?

6   A:  Right.

7   Q:  Were you on a cell phone or a land line?

8   A:  I was on a land line, the office phone.

9   Q:  Do you know where Mr. Hanser was at the time?

10  A:  No, I don't.

11  Q:  Tell me everything you recall about that

12      conversation.

13  A:  Well, when I got on the phone with him and he

14      said that -- asked me what was the problem and

15      I asked him what problem.  He said, I hear you

16      don't want to wait on the outside of the

17      building, you know, while it's locked on the

18      Myrtle Beach driver.  And then that's when I

19      explained to him why.

20  Q:  And tell me what you said as best you can

21      recall.

22  A:  Okay.  I remember telling him, you know, he

23      asked me -- I was telling him that I thought it

24      was unsafe and I felt uncomfortable and I went

25      on to explain to him why, you know; what if I

ERIC KELLEY                                      109

1       got sick, what if I needed to contact someone,

2       you know, about the packages, you know, if the

3       Myrtle Beach driver brought a package that was

4       a high value or international package.

5    Q: And let me stop you right there for a second.

6       Is that a safety issue in your mind?

7    A: Being unsafe, you know, fearing for my life?

8    Q: No, I'm sorry.  Having to contact someone about

9       a high value package?

10   A: No, that was the uncomfortable, being in an

11      uncomfortable position.

12   Q: Okay.

13   A: Of having the --

14   Q: Were there any other examples that you

15      provided?

16   A: You know, after several times trying to get him

17      to, you know, understand, and he just kept

18      saying, you know, what you're saying doesn't

19      make any sense.

20   Q: Did he say why?

21   A: No, he didn't say.  He just kept saying what I

22      was saying didn't make any sense and that's the

23      way it was going to be.  And then I was saying

24      -- then I would tell him that, you know, I'm

25      not trying to refuse to do the job, I just want

ERIC KELLEY                                    110

1          to be in a safer place, area.  And he said,

2          well, what you're doing, you're failing to

3          follow my instructions; you're terminated.  And

4          by that time, when he told me that, Tanisha had

5          already finished the yard check.  And so he

6          asked me to give the phone back to her and he

7          talked with her.  And after he got off the

8          phone with her I asked her did Brad say I was

9          terminated to her, and she said no.

10   Q:   Okay.  I want to stop you right there because

11        I just want to take it in bits, okay?

12   A:   Okay.

13   Q:   We'll get to that part, but in your

14        conversation with Brad do you recall Mr. Hanser

15        explaining to you that feeder drivers came in

16        and out of that center at all hours of night?

17   A:   I don't remember that.

18   Q:   Do you recall Mr. Hanser asking you for a

19        specific example of a safety incident or

20        something that had happened at the center?

21   A:   No.  He didn't ask me nothing like that.

22   Q:   Okay.  And it was your understanding during the

23        course of this phone call that Mr. Hanser

24        wanted you to make  that shuttle run, correct?

25   A:   Right.

ERIC KELLEY                              111

1    Q:   Did you at any point during the conversation
2         say I will make the shuttle run?
3    A:   I told him I wasn't trying to refuse the job,
4         I wanted to make the shuttle run.
5    Q:   But you told him -- but you indicated that you
6         were not willing to wait outside the building
7         with the building locked, correct?
8    A:   Right.  I told him that's how I felt.
9    Q:   Did you reference any specific previous
10        incidents that you think were unsafe at the
11        center?
12   A:   No, I didn't, no previous incidents.  Oh, I
13        mean, I told him about the previous discussion
14        that was brought up.
15   Q:   The one that we just talked about?
16   A:   Exactly.
17   Q:   Now, had you ever, prior to January 3, 2009,
18        waited outside the Florence center with the
19        building locked?
20   A:   No.
21   Q:   Had you ever waited outside the building at
22        all?  In other words, even if Ms. Sam was there
23        and inside the building, that you wait outside
24        the building by yourself?
25   A:   Just waiting?  No.

---

**ERIC KELLEY**                                                    116

1          scanning the parking lot to see.

2   Q:    Were you ever approached by anyone?

3   A:    No.

4   Q:    Did you ever see anyone suspicious standing

5          outside the building on those occasions when

6          you came back?

7   A:    Not standing outside the building, but, you

8          know, walking down past the center.

9   Q:    On the same street as the center?

10  A:    Right.  And I'm always -- if I see that, I'm

11         always keeping my eye on that person.

12  Q:    Okay, now going back to the discussion with

13         Brad on the telephone.  How long would you say

14         the discussion lasted?

15  A:    I don't really know.

16  Q:    Do you recall Mr. Hanser pointing out that a

17         package car driver or an air driver out on the

18         road also faces uncertainty and perhaps unsafe

19         conditions?

20  A:    I don't remember him saying anything like that.

21  Q:    Did you ever, did you suggest any ways, other

22         than keeping Tanisha there, that you might feel

23         more comfortable waiting outside the building?

24  A:    Well, I was, I don't know whether I got the

25         chance to explain to him because he kept

---

*CREEL COURT REPORTING, INC.*
*1230 Richland Street / Columbia, SC 29201*
*(803) 252-3445 / (800) 822-0896*

ERIC KELLEY                                                    117

1      cutting me off, but what I was trying to do
2      was, if we could meet at a -- for somebody to
3      call the Myrtle Beach driver, instead of having
4      to meet there, to meet on a busy highway or
5      something.
6    Q:   But you never actually made that suggestion?
7    A:   I don't remember whether I did or not.  I know
8         Brad was so angry.
9         **(Technical Interruption -- Off the Record)**
10   Q:   I apologize, we went off the record for a
11        moment, but I'll start the question over again.
12        At some point in the conversation, Mr. Hanser
13        indicated that either you wait outside the
14        building with the building locked or you're
15        going to be fired, right?
16   **MR.  BABB**: Object to the form of the question.  You
17        may  answered.
18   A:   No, that's not what he said.  He said that's
19        the way it's going to be.  And then after I
20        tried to explain to him again about how I felt,
21        he said that, he told me, he said, I'll tell
22        you what, you're just failing to follow my
23        instructions; you're terminated.
24   Q:   But you understood that he wanted you and was
25        instructing you to wait outside the building,

**ERIC KELLEY**                                          118

1          correct?

2     A:   Right.

3     Q:   And you never said yes, I will do that?

4     A:   No.   When I -- no, I never said that, but I

5          never said I wasn't going to do the job either.

6          I never --

7     Q:   But that's the instruction he was giving you?

8     A:   Right.   Telling me that's the way it was going

9          to be.

10    Q:   The instruction was to wait outside of the

11         building and to let Tanisha lock up and leave,

12         correct?

13    A:   Right.   Leave me outside the building.

14    Q:   And did you ever indicate that you were willing

15         to do that?

16    A:   To wait outside of the building while it was

17         locked?

18    Q:   Right.

19    A:   No, I never indicated that I would.

20    Q:   And you understood that's what he was

21         instructing you to do?

22    A:   Right.

23    Q:   But again, your testimony is that you -- I

24         think at some point I saw you say "over and

25         over again," expressing that you weren't

**ERIC KELLEY** 119

1        comfortable doing that.

2  A:  Exactly.

3  Q:  All right.    After he said that you were

4        terminated, did you say to him "Okay, okay,

5        I'll wait outside the building"?    Did you

6        change your mind?

7  A:  No.    No, I did not because I was terminated.

8        It was -- after that --

9  Q:  But you didn't ask him to --

10  A:  I do remember saying, I do remember saying,

11        "Come on man.  I'm not refusing to do the job."

12        I do remember saying that, after he terminated

13        me.    And he said, "Well, you're terminated.

14        Leave.  Give the phone back to Tanisha."

15  Q:  Did you indicate that you were willing to wait

16        outside the building with the building locked?

17  A:  No.

18  Q:  In other words, did you go back and say, "Hey,

19        if it's going to cost me my job, I'll do it"?

20  A:  No.    I didn't -- you know, he had already

21        terminated me.  I just felt like, you know, I

22        was terminated and I never did go back and say

23        that.  No.

24  Q:  And so at that point you handed the phone back

25        to Tanisha?

**ERIC KELLEY**                                     120

1   A:   I did.

2   Q:   All right.  What happened next?

3   A:   You know, after she talked to him and when they

4        finished their conversation, after she got off

5        the phone with him, I asked her did Brad tell

6        her that I was terminated, and she said no.

7        And I said, "Well, he terminated me over the

8        phone."  And she said, "Well, he didn't tell me

9        that."  And so I asked her what was his number

10       and I called him back and I asked him again was

11       I terminated, and he said yes.  And I said,

12       "Well, you didn't tell Tanisha this, you know.

13       If I'm terminated, you need to tell her because

14       she's not thinking that I'm, you know, fired."

15       And she got on the phone with him and after she

16       got off the phone with him, she looked at me

17       and said, "Yes, you're terminated.  Brad said

18       you were terminated."

19  Q:   All right.  And at that point, what happened?

20  A:   At that point, I was getting ready to leave and

21       was walking out and then the Myrtle Beach

22       driver walked around the corner.

23  Q:   Okay.  I think we'll have to stop right there

24       because it's 10:58.  I've got a couple of voice

25       mails from my Florence number.  I want to make