AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Eric Kelley, ) | |
| ) | 4:10-cv-01420-RBH |
| Plaintiff(s), ) | |
| ) | |
| vs ) | |
| ) | |
| United Parcel Service, Inc., ) | |
| ) | |
| Defendant(s). ) | |

**SUMMARY JUDGMENT IN A CIVIL ACTION**

The court has ordered that  *(check one)*:

❏ the plaintiff *(name)*_____ recover from the defendant *(name)*_____ the amount of _____dollars ($_____), which includes prejudgment interest at the rate of _____%, plus postjudgment interest at the date of _____%, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)*_____.

✔ other: Summary Judgment is entered for Defendant United Parcel Service, Inc., and this action is hereby dismissed with prejudice.

This action was  *(check one)*:

❏ tried by a jury with Judge_____presiding, and the jury has rendered a verdict.

❏ tried by Judge_____without a jury and the above decision was reached, rendered a verdict.

✔ decided by the Honorable R. Bryan Harwell, United States District Judge, who adopts the Report and Recommendation of the Honorable Thomas E. Rogers, III, United States Magistrate Judge, which grants Defendant's Motion for Summary Judgment.

Larry W. Propes<br>CLERK OF COURT<br><br>By s/Heather Ciccolella<br>Deputy Clerk

August 30 2012