IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| Eric Kelley,                         )<br>                        Plaintiff,   )<br>                                        )<br>                                        )<br>v,                                      )<br>                                        )<br>                                        )<br>United Parcel Service, Inc.,   )<br>                        Defendant.  )<br>_____) | Civil Action No.: 4:10-cv-1420-RBH |

**NOTICE OF APPEAL**

Comes now Eric Kelley, Plaintiff, and pursuant to Rule 3(a) of the Federal Rules of Appellate Procedure files this Notice of Appeal of the Order granting Defendant's Motion for Summary Judgment and dismissing this case with prejudice dated August 30, 2012 to the United States Court of Appeals for the Fourth Circuit.

Respectfully submitted,

s/ George A. Harper

Law Office of George A. Harper
1229 Lincoln Street
Columbia, SC 29201
Tel: (803) 730-1570
sharperg@mac.com

October 26, 2012